UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE, an individual,

Plaintiffs,

*v.*

MARKWAYN MULLIN, et al.,

Defendants.

Case No. 2:26-cv-08226-WLH-SSC

**ORDER RE PLAINTIFF'S NOTICE OF WITHDRAWAL OF RENEWED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM [19]**

The Court is in receipt of the Plaintiff's Notice of Withdrawal of Renewed Motion for Leave to Proceed Under Pseudonym ("Notice of Withdrawal," Dkt. No. 19). The Court, having considered the Notice of Withdrawal and finding good cause, hereby **ORDERS:**

1. Plaintiff's Renewed Motion for Leave to Proceed Under Pseudonym (Dkt. No. 15) is **WITHDRAWN**.

2. The hearing scheduled for October 23, 2026, pursuant to the Court's prior order (Dkt. No. 18) is **VACATED**.

**IT IS SO ORDERED.**

Dated: October19, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE